UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

SARAH CREBASSA,

    Plaintiff(s),

v.

MICHAEL SOUZA ARIOTTA,

    Defendant(s).

Case No.: 2:17-cv-02272-APG-NJK

**REPORT AND RECOMMENDATION**

Plaintiff is proceeding in this action *pro se* and has requested authority pursuant to 28 U.S.C. § 1915 to proceed *in forma pauperis*. Docket No. 1. Pursuant to § 1915(e), the Court screened Plaintiff's complaint and found that the complaint did not comply with Rule 8, failed to state a claim, and failed to provide a jurisdictional basis for the lawsuit. Docket No. 3. The Court ordered Plaintiff to file an amended complaint if she believed she could cure the deficiencies stated. *Id.* at 3. The Court warned that "**[f]ailure to comply with this order will result in the recommended dismissal of this case**." *Id.* at 4 (emphasis in original).

Rather than file an amended complaint, Plaintiff instead filed a motion to consolidate and a motion to file a consolidated amended complaint. *See* Docket Nos. 5-6. The Court denied the latter without prejudice and stayed this case pending resolution of the motion to consolidate. Docket No. 7.[1]

---

[1] Given the procedural posture, the Court did not screen the documents attached to the motion to amend the complaint. The Court notes, however, that the documents attached thereto continue to violate Rule 8, do not state a cause of action against Defendant Ariotta, and fail to

1

1    The motion to consolidate was subsequently denied, and the Court again ordered Plaintiff to file an amended complaint that cures the deficiencies identified in the initial screening order. Docket No. 8. The deadline to file that amended complaint was set at 4:00 p.m. on July 13, 2018. *Id.* at 2. The Court again warned that "**[f]ailure to do so may result in dismissal of this case.**" *Id.* (emphasis in original).

   To date, Plaintiff has not filed an amended complaint as ordered. For the reasons explained previously, Plaintiff has not sufficiently pled a cause of action against Defendant Ariotta and has not sufficiently pled a jurisdictional basis to proceed in this Court against Defendant Ariotta. Accordingly, the undersigned **RECOMMENDS** that this case be **DISMISSED** with prejudice.

   Dated: July 20, 2018

                                       _____
                                       Nancy J. Koppe
                                       United States Magistrate Judge

### NOTICE

Pursuant to Local Rule IB 3-2 any objection to this Report and Recommendation must be in writing and filed with the Clerk of the Court within (14) days after service of this Notice. The Supreme Court has held that the courts of appeal may determine that an appeal has been waived due to the failure to file objections within the specified time. *Thomas v. Arn*, 474 U.S. 140, 142 (1985), *reh'g denied*, 474 U.S. 1111 (1986). The Ninth Circuit has also held that (1) failure to file objections within the specified time and (2) failure to properly address and brief the objectionable issues waives the right to appeal the District Court's order and/or appeal factual issues from the order of the District Court. *Martinez v. Ylst*, 951 F.2d 1153, 1157 (9th Cir. 1991); *Britt v. Simi Valley United Sch. Dist.*, 708 F.2d 452, 454 (9th Cir. 1983).

---

provide a sufficient basis to exercise subject matter jurisdiction over any claim against Defendant Ariotta. Indeed, the causes of action specifically identified are claims under 42 U.S.C. § 1983 and § 1985 against the defendants <u>other than Defendant Ariotta</u>. Docket No. 6 at 3 (seeking to change all of Plaintiff's claims except for those brought against Defendant Ariotta).