# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SARAH CREBASSA, | Case No.: 2:17-cv-02272-APG-NJK |
| Plaintiff | **Order Accepting Report and Recommendation and Dismissing Case** |
| v. | |
| MICHAEL SOUZA ARIOTTA, | [ECF No. 9] |
| Defendant | |

On July 20, 2018, Magistrate Judge Koppe issued a report and recommendation recommending I dismiss this case with prejudice because plaintiff Sarah Crebassa did not file an amended complaint as ordered and has not previously been able to plead a cause of action against defendant Michael Ariotta. ECF No. 9. Crebass did not file an objection. Thus, I am not obligated to conduct a de novo review of the report and recommendation. 28 U.S.C. § 636(b)(1) (requiring district courts to "make a de novo determination of those portions of the report or specified proposed findings to which objection is made"); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc) ("the district judge must review the magistrate judge's findings and recommendations de novo *if objection is made*, but not otherwise" (emphasis in original)).

IT IS THEREFORE ORDERED that Judge Koppe's report and recommendation **(ECF No. 9) is accepted**. This case is DISMISSED with prejudice.

DATED this 10th day of August, 2018.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE